IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY HINES, DCDC 294-456, a/k/a Anthony Hines<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA (CCA), a Foreign Corporation,<br><br>DISTRICT OF COLUMBIA GOVERNMENT, a Municipal Corporation,<br><br>JANE OR JOHN DOE, CORRECTIONS CORPORATION OF AMERICA, and<br><br>TABITHA BRAXTON, Office of the Mayor,<br><br>Defendants. | NO. CA 2005 - 006400 |

### DEMAND FOR JURY TRIAL

Defendant Corrections Corporation of America, through counsel and Pursuant to Rule 38, Federal Rules of Civil Procedure, hereby requests a trial by jury of all triable issues in the above-captioned matter.

_____
Kelvin L. Newsome (D.C. Bar No. 439206)
Rebecca Everett Kuehn (D.C. Bar No. 447481)
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811(direct)

Counsel for Defendants, *Corrections Corporation of America*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was mailed to the following this 7th day of November 2005:

> Rudolph Acree, Jr.
> 1211 Connecticut Avenue, N.W.
> Suite 506
> Washington, DC 20036
> Counsel for Plaintiff, Anthony Hines

_____
Megan S. Ben'Ary