**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY HINES, DCDC 294-456, )<br>a/k/a Anthony Hines, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>CORRECTIONS CORPORATION of AMERICA, et al. )<br> )<br> Defendants. )<br>_____) | Civil Action 1:05-cv-2187 RBW |

**ENTRY OF APPEARANCE**

Pursuant to LCvR 83.6, Rebecca E. Kuehn and Kelvin L. Newsome hereby enter their appearance as co-counsel for Defendant, Corrections Corporation of America.

The firm address, telephone and facsimile numbers, as well as e-mail addresses for Rebecca E. Kuehn and Kelvin L. Newsome, are as follows:

    Kelvin L. Newsome, Esq.
    Rebecca E. Kuehn, Esq.
    LeClair Ryan
    225 Reinekers Lane, Suite 700
    Alexandria, VA  22314
    Telephone No.:  (703) 684-8007
    Facsimile No.:   (703) 684-8075
    kelvin.newsome@leclairryan.com
    rebecca.kuehn@leclairryan.com

Respectfully submitted,

LECLAIR RYAN

_____/s/_____
Rebecca E. Kuehn (D.C. Bar No. 447481)
Kelvin L. Newsome (D.C. Bar No. 439206)
Megan S. Ben'Ary (D.C. Bar No. 493415)
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
(703) 684-8007
Facsimile:  (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ  85012
(602) 263-7323
Facsimile: (602) 200-7811