**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY HINES, DCDC 294-456, a/k/a Anthony Hines<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA (CCA), a Foreign Corporation, et al.<br><br>Defendants. | No. 1:05 cv 2187 RBW |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, *Corrections Corporation of America*.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

> Daniel P. Struck, Esq.
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 North Central Avenue
> Suite 800
> Phoenix, Arizona 85012
> Telephone No.:   (602) 263-7323
> Facsimile No.:   (602) 200-7811
> E-Mail:   dstruck@jshfirm.com

> Respectfully submitted,
>
> JONES, SKELTON & HOCHULI, P.L.C.
>
>    /s/   Daniel P. Struck
> Daniel P. Struck (D.C. Bar No. CO0037)
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 North Central Avenue
> Suite 800
> Phoenix, Arizona 85012
> Telephone: (602) 263-7323
> Facsimile: (602) 200-7811(direct)
>
> Kelvin L. Newsome (D.C. Bar No. 439206)
> LECLAIR RYAN, A PROFESSIONAL CORPORATION
> 225 Reinekers Lane
> Suite 700
> Alexandria, Virginia 22314
> Telephone No.:  (703) 647-5928
> Facsimile No.:   (703) 647-5978 (direct)
>
> Counsel for Defendant, *Corrections Corporation of America*

**ELECTRONICALLY FILED**
this 23rd day of November, 2005.

## CERTIFICATE OF MAILING

        I HEREBY certify that on the 23rd day of November, 2005, the foregoing Notice of Appearance was mailed, via first-class mail to:

> Rudolph Acree, Jr.
> LAW OFFICE OF RUDOLPH ACREE, JR.
> 1211 Connecticut Avenue, N.W.
> Suite 506
> Washington, DC 20036
>
> Kelvin L. Newsome (D.C. Bar No. 439206)
> LECLAIR RYAN, A PROFESSIONAL CORPORATION
> 225 Reinekers Lane
> Suite 700
> Alexandria, Virginia 22314
>
> Megan Starace Ben'Ary
> LECLAIR RYAN, A PROFESSIONAL CORPORATION
> 225 Reinekers Lane
> Suite 700
> Alexandria, Virginia 22314
>
> Rebecca Everett Kuehn
> LECLAIR RYAN, A PROFESSIONAL CORPORATION
> 225 Reinekers Lane
> Suite 700
> Alexandria, Virginia 22314

                        s/ Carol S. Madden