IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY HINES, DCDC 294-456**, a/k/a Anthony Hines<br><br>      Plaintiff,<br><br>v.<br><br>**CORRECTIONS CORPORATION OF AMERICA** (CCA), a Foreign Corporation,<br><br>**DISTRICT OF COLUMBIA GOVERNMENT,** a Municipal Corporation**,**<br><br>**JANE OR JOHN DOE, CORRECTIONS CORPORATION OF AMERICA,** and<br><br>**TABITHA BRAXTON,** Office of the Mayor,<br><br>      Defendants. | No. 05-cv-2187 RBW |

**NOTICE OF SERVICE OF REQUEST FOR ADMISSIONS TO PLAINTIFF**

    Defendant, by and through undersigned counsel, and pursuant to LCvR 5.3, FED.R.CIV.P., hereby gives notice that on this date, it has served upon counsel for Plaintiff, Defendant Corrections Corporation of America's Request for Admissions.

    DATED this 8th day of February, 2006.

            /s/ Daniel P. Struck
          Daniel P. Struck (D.C. Bar No. CO0037)
          JONES, SKELTON & HOCHULI, P.L.C.
          2901 North Central Avenue
          Suite 800
          Phoenix, Arizona 85012
          Telephone: (602) 263-7323
          Facsimile:  (602) 200-7811(direct)

Kelvin L. Newsome (D.C. Bar No. 439206)
Rebecca Everett Kuehn (D.C. Bar No. 447481)
LeClair Ryan, A Professional Corporation
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

Counsel for Defendant, *Corrections Corporation of America*

Filed ***ELECTRONICALLY*** this 8th of February, 2006.

COPY of the foregoing mailed this 8th day of February, 2006, to:

Rudolph Acree, Jr.
Law Office of Rudolph Acree, Jr.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036
Counsel for *Plaintiff*


  /s/   Carol S. Madden
_____