UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY HINES,

        Plaintiff,

v.                                   Civil Action No. 05-2187 (RBW)

CORRECTIONS CORPORATION
OF AMERICA, et al.,

        DefendantS.

## SCHEDULING ORDER

In accordance with the Court's oral orders issued during the scheduling conference held on February 17, 2006, it is hereby

**ORDERED** that initial disclosures shall be made by March 17, 2006.  It is further

**ORDERED** that any amendment of the pleadings or joinder of additional parties shall occur by April 14, 2006.  It is further

**ORDERED** that written discovery requests shall be served by June 15, 2006.  It is further

**ORDERED** that factual discovery in this matter shall close on August 25, 2006.  It is further

**ORDERED** that this matter shall be referred to a Magistrate Judge for the purpose of settlement discussions commencing on August 28, 2006, and concluding on October 27, 2006.  It is further

**ORDERED** that the plaintiff's expert disclosures under Federal Rule of Civil

Procedure 26(a)(2) shall be served by September 24, 2006. It is further

**ORDERED** that the defendants' expert disclosures under Rule 26(a)(2) shall be served by October 24, 2006. It is further

**ORDERED** that all expert discovery, including depositions, shall be concluded by December 1, 2006. It is further

**ORDERED** that a status conference in this matter shall be held on December 1, 2006, at 9:15 a.m., at which time a briefing schedule will be issued for the filing of dispositive motions if the parties have not reached a settlement agreement.

**SO ORDERED** this 17th day of February, 2006.

REGGIE B. WALTON
United States District Judge