IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**ANTHONY HINES, DCDC 294-456**
a/a Anthony Hines

        Plaintiff,

v.

**CORRECTIONS CORPORATION OF AMERICA** (CCA), A Foreign Corporation,

**DISTRICT OF COLUMBIA GOVERNMENT**, A Municipal Corporation,

**JANE OR JOHN DOE, CORRECTIONS CORPORATION OF AMERICA**, and

**TABITHA BRAXTON**, Office of the Mayor,

        Defendants.

No. 05-cv-2187RBW

# PLAINTIFF ANTHONY HINES'RESPONSES TO REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

    Please Admit that your claim of personal injury against Defendant CCA is related solely to your allegation that medical personnel at CTF (Correctional Treatment Facility) failed to provide Plaintiff with necessary and appropriate blood pressure medication, causing Plaintiff to fall in the shower on or about April 29, 2003.

Response to Request No. 1:
ADMIT

**REQUEST FOR ADMISSION NO. 2:**

Please Admit that you do not claim that an unreasonably dangerous condition of the shower caused Plaintiff's fall in the shower on or about April 29, 2003.

Response to Request No. 2:

ADMIT

**REQUEST FOR ADMISSION NO. 3:**

       Please Admit that you do not claim that an unreasonably dangerous condition of the shower floor caused Plaintiff's fall in the shower on our about April 29, 2003

Response to Request No. 3:

ADMIT

Dated this 23rd day of March, 2006

                                                      _____/s/_____
                                                      Rudolph Acree, Jr. Esq.
                                                      Law Office of Rudolph Acree, Jr.
                                                      1211 Connecticut Avenue, N.W.
                                                      Suite 506
                                                      Washington, D.C. 20036
                                                      Counsel for Plaintiff

                                    CERTIFICATE OF SERVICE

Filed ELECTRONICALLY this 23rd day of March, 2006, and a copy of the foregoing document was forwarded to the Clerk of the District Court, Criminal Division, and Attorney Daniel P. Struck, 2901 North Central Avenue, Suite 800 Phoenix, Arizona 85012, Kelvin L. Newsome 225 Reinekers Lane, Suite 700 Alexandria, VA 22314.

                                                    _____/s/_____
                                                    Rudolph Acree, Jr. Esq.