IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY HINES, DCDC 294-456,<br>a/k/a Anthony Hines,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONS CORPORATION of AMERICA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action 1:05-cv-2187 RBW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Please take notice that Rebecca E. Kuehn of LeClair Ryan, A Professional Corporation hereby withdraws as counsel for Defendant Corrections Corporation of America in the above-captioned matter as she is taking a position with the federal government.

Dated this 4th day of May 2006.

                                                                                   /s/
                                          Rebecca E. Kuehn (D.C. Bar No. 447481)
                                          LECLAIR RYAN, A PROFESSIONAL CORPORATION
                                          225 Reinekers Lane, Suite 700
                                          Alexandria, Virginia 22314
                                          Telephone: (703) 684-8007
                                          Facsimile: (703) 684-8075