UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY HINES, DCDC 294-456, a/k/a Anthony Hines | : : : | |
| Plaintiff, | : | Civil Action No. 05-2187 (RBW) |
| v. | : : : | |
| DISTRICT OF COLUMBIA, et al., | : : | |
| Defendants. | : : | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO FILE A THIRD PARTY COMPLAINT *NUNC PRO TUNC***

The Defendant District of Columbia, with consent of all parties and pursuant to the applicable rules, moves this court for an Order allowing it to file the attached third-party complaint, *nunc pro tunc* as against the Center for Correctional Health and Policy Studies (CCHPS). As grounds, the District states that it requested representation from the General Counsel for CCHPS shortly after filing an answer on behalf of the District of Columbia. CCHPS, in brief, provides the medical care for the District of Columbia inmates in certain facilities. Plaintiff's complaint contains allegations of medical negligence. After analyzing the District's request for representation with regard to medical allegations, CCHPS determined that it must be a party to the civil action. Thus, CCHPS is an indispensable party and should be brought into the case through a third-party complaint.

THEREFORE, this motion should be granted and the third party complaint deemed filed.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
General Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief, General Litigation,
Section II

_____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6519 (direct)
(202) 724-6669 (main)
(email) louise.phillips@dc.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY HINES, DCDC 294-456, : <br> a/k/a Anthony Hines : <br>       : <br>       Plaintiff, : <br>       : <br> v. : <br>       : <br> DISTRICT OF COLUMBIA, et al., : <br>       : <br>       Defendants. : <br>       : | Civil Action No. 05-2187 (RBW) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO FILE A
THIRD PARTY COMPLAINT *NUNC PRO TUNC***

1.   Federal Rule of Civil Procedure 14 (a).

2.   Consent of all parties.

3.   Judicial and litigation economy.

4.   The inherent powers of this court.

                                      Respectfully submitted,

                                      ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
General Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief, General Litigation,
Section II

                   _____/s/_____
                   E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6519 (direct)
(202) 724-6669 (main)
(email) louise.phillips@dc.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANTHONY HINES, DCDC 294-456, <br> a/k/a Anthony Hines | : <br> : <br> : |
| Plaintiff, | :     Civil Action No. 05-2187 (RBW) |
| v. | : <br> : |
| DISTRICT OF COLUMBIA, et al., | : <br> : |
| Defendants. | : <br> : |

**ORDER**

Upon review of the consent motion to file a third-party complaint, the memorandum of points and authorities, and the entire record herein, it is this _____ day of May, 2006,

ORDERED: That the motion be granted, and

FURTHER ORDERED: That the third-party complaint be deemed filed.

 

_____
Reggie B. Walton, Judge
United States District Court

5