# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY HINES, DCDC 294-456, <br> a/k/a Anthony Hines <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS CORPORATIONS OF <br> AMERICA, INC. et al., <br><br> Defendants <br><br> and, <br><br> DISTRICT OF COLUMBIA, Defendant and <br> Third-Party Plaintiff, <br><br> v. <br><br> CENTER FOR CORRECTIONAL <br> HEALTH AND POLICY STUDIES, Third- <br> Party Defendant, <br><br> Serve: CT Corporation System <br> 1015 15th Street, NW <br> Tenth Floor, Suite 1000 <br> Washington, D. C. 20005 | Civil Action No. 05-2187 (RBW) |

## DEFENDANT DISTRICT OF COLUMBIA'S THIRD-PARTY COMPLAINT AGAINST CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES (CCHPS)

Defendant District of Columbia, (hereinafter "D. C.") pursuant to Federal Rule of Civil Procedure 14 (a), files this Third-Party Complaint against CCHPS for contribution, indemnification and representation regarding medical issues, on the following grounds:

1. On August 11, 2005, Plaintiff Anthony Hines filed suit against defendants

D.C., Corrections Corporation of America, Inc., (CCA), Jane or John Doe of the CCA, and Tabitha Braxton, Office of the Mayor[1] in the Superior Court for the District of Columbia.

2. Plaintiff alleges, among other allegations, medical negligence, assault and battery, negligent hiring and retention, and constitutional violations. Specifically, Plaintiff alleges that he did not receive his prescribed daily blood pressure medicine for greater than thirty days. He further alleges that this failure caused him to collapse in the shower at the Central Treatment Facility on April 29, 2003. A copy of the complaint is attached.

3. On November 7, 2005, the Complaint was removed to the United States District Court for the District of Columbia by CCA.

4. On February 16, 2006, a Meet and Confer Statement was filed. (Docket 11)

5. On February 17, 2006, a Scheduling Order was issued. (Docket 12)

5. The District contracted with CCHPS to provide medical care to inmates incarcerated within the D.C. prison facilities which housed plaintiff during the time period in question. Further, CCHPS is liable for any loss, cost, claim, personal injury, death and other damage, including incidental and consequential, that may be done or suffered by reason of the Contractor's negligence or failure to perform any obligation under the contract. (General Terms, no. 3) To the extent that plaintiff's claims against the D.C. are for medical negligence, negligent hiring of medical personnel, and other allegations arising therefrom, which allegedly cause plaintiff permanent injury, pain and

---

[1] The Complaint contains no allegations against Tabitha Braxton in the Office of the Mayor. Ms. Braxton often accepts service on behalf of the Mayor and it does not appear that plaintiff intended to name her as a defendant.

2

suffering, and other injuries, D.C. is entitled to representation, indemnification and/or contribution from CCHPS.

WHEREFORE, the defendant/third-party plaintiff District of Columbia seeks relief from the Court:

(i) An award for indemnification from CCHPS, the third-party defendant, for all claims, injuries, losses, expenses, compensatory damages and liability in connection with plaintiff's claim;

(ii) An award of costs and disbursements in this action, including reasonable attorney's fees from CCHPS to D. C. for defending this action and filing this third-party complaint;

(iii) Other relief as the court deems just and proper under the circumstances.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
General Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief, General Litigation,
Section II

_____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6519 (direct)
(202) 724-6669 (main)

(email) louise.phillips@dc.gov

Case 1:05-cv-02187-RBW    Document 18    Filed 05/09/2006    Page 4 of 4