UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES )
)
    Plaintiff, )
) No. 05-2187 (RBW)
v. )

CORRECTIONS CORPORATION OF
AMERICA, et al.

    Defendants

and

DISTRICT OF COLUMBIA, Defendant and
Third-Party Plaintiff,

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.,
Third Party Defendant.

_____

ANSWER OF THIRD-PARTY DEFENDANT, CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC. TO THIRD-PARTY COMPLAINT OF
DEFENDANT DISTRICT OF COLUMBIA

COMES NOW, Third-Party Defendant, Center for Correctional Health and Policy Studies, Inc., ("CCHPS") by and through counsel, Leo A. Roth, Jr., Esquire and Brault Graham, P.L.L.C., and in Answer to the Third-Party Complaint of Defendant, District of Columbia, states as follows:

**FIRST DEFENSE**

The Complaint fails to state a cause of action upon which relief can be granted.

**SECOND DEFENSE**

In specific answer to the enumerated paragraphs of the Complaint, this Defendant states as follows:

1.-5    This Third-Party Defendant understands that the events in paragraphs 1-5 did occur.

6.    This paragraph is denied as alleged. This Third-Party Defendant admits that it contracted with the District of Columbia and did perform medical services for Plaintiff during the relevant time period.  This Third-Party Defendant denies that it owes indemnity to the District of Columbia either by contract or Common Law.

7.    This Third-Party Defendant adopts any affirmative defenses pled by the District of Columbia other than such defenses wherein the District of Columbia alleges it's right to indemnity against this Third-Party Defendant.

**THIRD DEFENSE**

Any allegations of negligence, either directly stated or implied against this Third-Party Defendant, are denied.

**FOURTH DEFENSE**

Anything not specifically admitted is denied.

Respectfully submitted,

BRAULT GRAHAM, P.L.L.C.

           /s/    Leo A. Roth, Jr.
LEO A. ROTH, JR.   #11604
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2006, the foregoing **Answer of Third-Party Defendant, Center for Correctional Health and Policy Studies, Inc. to Third-Party Complaint of Defendant, District of Columbia,** was mailed, via first class mail to:

E. Louise R. Phillips, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Kelvin L. Newsome, Esquire
LeClair & Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben'Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America, Inc.

                                                                                       /s/      Leo A. Roth
                                                                              LEO A. ROTH, JR.