UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ANTHONY HINES,<br>a/k/a Anthony Hines<br>Plaintiff, | : | |
| v. | : | No. 05-cv-2187 (RBW) |
| CORRECTIONS CORPORATION OF<br>AMERICA, INC., et al.<br>Defendants. | : | |

**CONSENT MOTION TO EXTEND THE DATE FOR WRITTEN DISCOVERY REQUESTS TO BE SERVED**

The parties, through counsel, respectfully ask this Honorable Court to extend the date for written discovery requests to be served. In support of this Motion, the parties state as follows:

1. Because of the nature of this action and the number of litigants, the parties respectfully request a thirty (30) day extension for the time in which written discovery requests must be served.

2. The current deadline for written discovery requests to be served is June 15, 2006. The parties currently agree that a date of June 27, 2006 would be an appropriate date by which written discovery requests are to be served since July 15, 2006 is a Saturday.

3. If this Honorable Court grants this motion this may necessitate extending one or more of the other deadlines noted in the scheduling order. If any other scheduling dates require any changes the parties will seek leave of the Court.

Respectfully submitted,

By: /s/
Rudolph Acree, Jr., (D.C. Bar No. 434873)
1211 Connecticut Ave., N.W.
Suite 506
Washington, D.C. 20036
(202) 331-1961 (telephone)
(202) 331-7004 (facsimile)
Counsel for the Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically sent and mailed via first-class mail on this 15th day of June, 2006 to:

Leo A. Roth, Jr.
110 South Washington Street
Rockville, Md 20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

E. Louise R. Phillips, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Counsel for the District of Columbia

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Counsel for the Corrections Corp. of America, Inc.

Kelvin L. Newsome, Esquire
LeClair & Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA 23510
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben' Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Counsel for Corrections Corp. of America, Inc

/s/
Rudolph Acree, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

ANTHONY HINES, :
a/k/a Anthony Hines :
Plaintiff, :
:
v. : No. 05-cv-2187 (RBW)
:
CORRECTIONS CORPORATION OF :
AMERICA, INC., et al.
Defendants. :

ORDER

Upon consideration of the Consent motion to Extend the Date for Written Discovery Requests to be Served, it is by the Court this ____ day of ___________________, 2006,

ORDERED, that the Consent Motion to Extend be, and the same is hereby GRANTED.

____________________________________
Judge

Copies To:

Rudolph Acree, Jr, Esquire
1211 Connecticut Avenue, N.W.
Suite 506
Washington D.C. 20036
Counsel for the Plaintiff

Leo A. Roth, Jr. Esquire
110 South Washington Street
Rockville, MD 20850
Counsel for the Center for Correctional Health and Policy Studies, Inc.

E. Louise R. Phillips, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington D.C. 20001
Counsel for the District of Columbia

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

Kelvin L. Newsome, Esquire
LeClair & Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA 23510
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben' Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Counsel for the Corrections Corp. of America, Inc.