UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTHONY HINES, : | |
| a/k/a Anthony Hines : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 05-cv-2187 (RBW) |
| : | |
| CORRECTIONS CORPORATION OF : | |
| AMERICA, INC., et al. | |
|     Defendants. : | |

ORDER

Upon consideration of the Consent motion to Extend the Date for Written Discovery Requests to be Served, it is by the Court this ____ day of _____, 2006,

ORDERED, that the Consent Motion to Extend be, and the same is hereby GRANTED.

_____
Judge

Copies To:

    Rudolph Acree, Jr, Esquire
    1211 Connecticut Avenue, N.W.
    Suite 506
    Washington D.C. 20036
    Counsel for the Plaintiff

    Leo A. Roth, Jr. Esquire
    110 South Washington Street
    Rockville, MD 20850
    Counsel for the Center for Correctional Health and Policy Studies, Inc.

    E. Louise R. Phillips, Esquire
    Asst. Attorney General for the District of Columbia
    441 Fourth Street, N.W., 6th Floor South
    Washington D.C. 20001
    Counsel for the District of Columbia

    Daniel P. Struck, Esquire
    Jones, Skelton & Hochuli
    2901 North Central Avenue, Suite 800
    Phoenix, AZ 85012

    Kelvin L. Newsome, Esquire
    LeClair & Ryan
    999 Waterside Drive, Suite 2525
    Norfolk, VA 23510
    Counsel for Corrections Corp. of America, Inc.

    Megan Starace Ben' Ary, Esquire
    LeClair & Ryan
    225 Reinekers Lane, Suite 700
    Alexandria, VA 22314
Counsel for the Corrections Corp. of America, Inc.