**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Hines,<br><br>                       Plaintiff,<br><br>     v.<br><br>Corrections Corporation of America, et. al.,<br><br>                      Defendants. | Civil Action No. 05-CV-2187 (RBW) |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby enters her appearance as counsel for Defendants, Corrections Corporation of America, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman, Esq. is as follows:

    Jennifer L. Holsman, Esq.
    Jones, Skelton & Hochuli, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Telephone No.: (602) 263-7310
    Facsimile No.:  (602) 651-7507
    E-Mail: jholsman@jshfirm.com

Dated: this 17th day of July, 2006.

By: /s/ Jennifer Holsman
Daniel P. Struck (D.C. Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:   (602) 263-1700
Facsimile:    (602) 263-1784

Kelvin L. Newsome (D.C. Bar No. 439206)
Megan Starace Ben'Ary (D.C. Bar No.
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane
Suite 700
Alexandria, Virginia
Telephone:   (703) 684-8007
Facsimile:    (703) 684-8075

Attorneys for Defendant, *Corrections Corporation of America*

ORIGINAL of the foregoing mailed
this  17th day of  July, 2006 to:

Rudolph Acree, Jr.
Law Office of Rudolph Acree, Jr.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036
*Counsel for Plaintiff*

COPY of the foregoing mailed
this 17th day of July, 2006 to:

Louise Phillips
Assistant Attorney General
District of Columbia
441 Fourth Street, N.W.
Washington, D.C. 20001
*Counsel for District of Columbia*

- 2 -

1655846.1

Leo A. Roth, Jr.
110 S. Washington Street
Rockville, MD 20850
*Counsel for Correctional Health & Policy Studies, Inc.*

1655846.1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify than on the 17th day of July 2006, a true copy of the foregoing was mailed, first class, postage prepaid, to:

Rudolph Acree, Jr.
Law Office of Rudolph Acree, Jr.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

Louise Phillips
Assistant Attorney General
District of Columbia
441 Fourth Street, N.W.
Washington, D.C. 20001

Leo A. Roth, Esq.
Brault Graham, LLC
101 South Washington Street
Rockville, Maryland 20850


  /s/ Jennifer Bernardo