IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Hines,<br><br>                    Plaintiff,<br><br>         v.<br><br>Corrections Corporation of America, et. al.,<br><br>                    Defendants. | Civil Action No. 05-CV-2187 (RBW) |

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on the 24th day of July 2006, the undersigned, as counsel for Defendants Corrections Corporation of America, served a copy of Defendants' First Set of Requests for the Production of Documents and Things to Plaintiff on all parties of record. The original copy of this pleading will be retained in my possession, without alteration, until the case is concluded in this court, the time for noting appeal has expired, and any appeal noted has been decided.

Dated: this 24th day of July, 2006.

By: /s/ Daniel P. Struck
Daniel P. Struck (D.C. Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Facsimile: (602) 263-1784

1658991.1

        Kelvin L. Newsome (D.C. Bar No. 439206)
        Megan Starace Ben'Ary (D.C. Bar No.
        LECLAIR RYAN, A PROFESSIONAL CORPORATION
        225 Reinekers Lane
        Suite 700
        Alexandria, Virginia
        Telephone:  (703) 684-8007
        Facsimile:  (703) 684-8075

        Attorneys for Defendant, *Corrections Corporation of America*

ORIGINAL of the foregoing mailed
this 24th day of July, 2006 to:

Rudolph Acree, Jr.
Law Office of Rudolph Acree, Jr.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036
*Counsel for Plaintiff*


COPY of the foregoing mailed
this 24th day of July, 2006 to:

Louise Phillips
Assistant Attorney General
District of Columbia
441 Fourth Street, N.W.
Washington, D.C. 20001
*Counsel for District of Columbia*

Leo A. Roth
Brault Graham, LLC
101 South Washington Street
Rockville, Maryland 20850
*Counsel for Correctional Health & Policy Studies, Inc.*