UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
ANTHONY HINES,                            )
                                          )
                Plaintiff,                )
                                          )
        v.                                )   Civil Action No. 05-2187 (RBW)
                                          )
CORRECTIONS CORPORATION                   )
OF AMERICA, et al.,                       )
                                          )
                Defendants.               )
                                          )
                                          )

**SCHEDULING ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on July 27, 2006, it is hereby

**ORDERED** that this case is placed on the Standard Track. It is further

**ORDERED** that written discovery requests shall be served by August 11, 2006. It is further

**ORDERED** that initial disclosures shall be made by August 25, 2006. It is further

**ORDERED** that factual discovery in this matter shall close on October 20, 2006. It is further

**ORDERED** that the plaintiffs' expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by November 17, 2006. It is further

**ORDERED** that the defendants' expert disclosures under Rule 26(a)(2) shall be served by December 15, 2006. It is further

**ORDERED** that all expert discovery, including depositions, shall be concluded by January 19, 2007.  It is further

**ORDERED** that this matter shall be referred to a Magistrate Judge for the purpose of settlement discussions commencing on January 22, 2007, and concluding on March 23, 2007.  It is further

**ORDERED** that dispositive motions shall be filed by April 20, 2007.  Oppositions thereto shall be filed by May 18, 2007, and replies, if any, shall be filed by June 1, 2007.  It is further

**ORDERED** that a status conference in this matter shall be held on September 7, 2007, at 9:30 a.m.  The status conference previously scheduled for December 1, 2006, is hereby vacated.

**SO ORDERED** this 28th day of July, 2006.

REGGIE B. WALTON
United States District Judge