UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES                                    )
                                                 )
            Plaintiff,                           )
                                                 )   No. 05-2187 (RBW)
v.                                               )

CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

---

**INITIAL DISCLOSURE STATEMENT OF THIRD PARTY DEFENDANT, THE CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.**

COMES NOW, Third Party Defendant, The Center for Correctional Health & Policy

Studies, Inc. ("CCHPS"), through counsel, Leo A. Roth, Jr, Esquire and Brault Graham,

P.L.L.C., and pursuant to Fed. R. Civ. P. Rule 26(a), states as follows:

**1.      NAMES, ADDRESSES AND TELEPHONE NUMBERS OF EACH INDIVIDUAL**

**LIKELY TO HAVE DISCOVERABLE INFORMATION**

1.      This Defendant reserves the right to call any healthcare provider who saw,

evaluated, and/or treated Mr. Hines while he was incarcerated at the DC Detention Facility.

2.      This Defendant reserves the right to include any witnesses who may be learned to have relevant information regarding this matter any time during the discovery process.

3.      This Defendant reserves the right to list any witness listed by any party to this matter.

4.      This Defendant reserves the right to supplement this statement as necessary.

**2.      A COPY OF OR A DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS THAT ARE RELEVANT TO DISPUTED FACTS.**

1.      A copy of the medical chart for Anthony Hines as maintained by this Defendant.

2.      Any reports that might be prepared by any expert.

3.      Any curriculum vitae of any expert.

4.      This Defendant reserves the right to utilize any documents, of any kind, listed by any party to this matter.

5.      Any demonstrative exhibits prepared for use at trial.

6.      This Defendant reserves the right to supplement this listing as discovery proceeds.

Respectfully submitted,


BRAULT GRAHAM, P.L.L.C.



        /s/ Leo A. Roth, Jr.
LEO A. ROTH, JR.   #11604
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August 2006, the foregoing **Initial Disclosure Statement of Third Party Defendant, The Center for Correctional Health & Policy Studies, Inc.,** was mailed, via first class mail to:

E. Louise R. Phillips, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Kelvin L. Newsome, Esquire
LeClair & Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben'Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America, Inc.

_____/s/_____ Leo A. Roth_____
LEO A. ROTH, JR.