UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY HINES, DCDC 294-456, a/k/a Anthony Hines<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONS CORPORATIONS OF AMERICA, INC. et al.,<br><br>　　　　Defendants<br><br>and,<br><br>DISTRICT OF COLUMBIA, Defendant and Third-Party Plaintiff,<br><br>　　v.<br><br>CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, Third-Party Defendant, | Civil Action No. 05-2187 (RBW) |

### INITIAL DISCLOSURE STATEMENT OF THE DISTRICT OF COLUMBIA

The District of Columbia, through counsel and pursuant to Fed. R. Civ. P. Rule 26(a), states as follows:

**I.   Names, addresses and telephone numbers of each individual likely to have discoverable information.**

　　1.　　The District reserves the right to call any healthcare provider who saw, evaluated or treated Mr. Hines while he was incarcerated at the DC Detention Facility or other prison facilities.

　　2.　　The District reserves the right to call any correctional officers or

correctional staff responsible for facilitating Mr. Hines access to the healthcare providers in the prison facility in question.

      3.      The District reserves the right to list any witness listed by any party to this matter.

      4.      The District reserves the right to supplement this statement as necessary.

      5.      The District reserves the right to call any Corporate Representative to testify about the hiring and retention claims identified by plaintiff, if such claims survive motion.

      6.      The District reserves the right to call any Corporate Representative to testify about the constitutional claims identified by plaintiff, if such claims survive motion.

      7.      The District reserves the right to call any Corporate Representative to testify about the intentional and negligent infliction of emotional distress claims identified by plaintiff, if such claims survive motion.

**II.**     **A copy of or description by category and location of all documents that are relevant to disputed facts.**

      1.      All medical records concerning Anthony Hines maintained by any healthcare entity.

      2.      Any requests for medical treatment made by Anthony Hines while in the custody of any prison facility.

      3.      Any document, tape or request made by plaintiff about alleged failures to provide medical care.

      4.      Any curriculum vitae, report or exhibit prepared by any expert.

      5.      Any document referenced in the initial disclosures of any party or provided during the discovery process.

6. The District reserves the right to supplement this listing as discovery proceeds.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
General Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief, General Litigation,
Section II


_____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6519 (direct)
(202) 724-6669 (main)
(email) louise.phillips@dc.gov

3