UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ATHONY HINES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-2187 (RBW) |
| | : | |
| CORRECTIONS CORPORATION OF AMERICA, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPERANCE**

The Clerk of the Court will please enter the appearance of Kevin L. Chapple, Esquire, who will join Rudolph Acree, Jr., Esquire, as co-counsel for plaintiff Anthony Hines.

By:       /s/
Kevin L. Chapple, Esq. #452761
1211 Connecticut Ave., N.W.
Suite 506
Washington, D.C. 20036
(202) 331-0793 (telephone)
(202) 331-7004 (facsimile)
KevinLChapple@aol.com