IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Hines,<br><br>            Plaintiff,<br><br>    v.<br><br>Corrections Corporation of America, et. al.,<br><br>            Defendants. | Civil Action No. 05-CV-2187<br>(RBW) |

**CERTIFICATE OF SERVICE OF DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT**

Defendant, by and through undersigned counsel, and pursuant to LCvR 5.3, FED.R.CIV.P., hereby gives notice that on October 20, 2006 it served upon counsel for Plaintiff, Defendant Corrections Corporation of America's Second Supplemental Disclosure Statement.

Dated: this 23rd day of October, 2006.        By:

    /s/ Jennifer L. Holsman
Daniel P. Struck (Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012

Kelvin L. Newsome (Bar No. 439206)
Megan S. Ben'Ary (Bar No. 493415)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia
Attorneys for Defendant, *Corrections Corporation of America*

Original e-filed this 23rd day of October, 2006.
Copies electronically served on even date on all parties
listed on ECF service list.

By /s/ Peggy Sue Trakes