UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES )
 )
    Plaintiff, )
 ) No. 05-2187 (RBW)
v. )

CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

_____

**MOTION OF THIRD PARTY DEFENDANT, THE CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. TO COMPEL PLAINTIFF TO PROVIDE ANSWERS TO INTERROGATORIES**

COMES NOW, Third Party Defendant, The Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), through counsel, Leo A. Roth, Jr, Esquire and Brault Graham, P.L.L.C., and pursuant to Fed. R. Civ. P. 37, requests that this Honorable Court issue an Order requiring Plaintiff to respond to the discovery requests forwarded by this Defendant on June 13, 2006, to Plaintiff. In support of this Motion, Defendant states as follows:

1. This Defendant forwarded Interrogatories to Plaintiff on June 13, 2006.

2. On August 16, 2006, the undersigned forwarded a letter to counsel for Plaintiff requesting that counsel provide those discovery responses to the undersigned. Exhibit 1 attached hereto.

3.   On October 25, 2006, the assistant to the undersigned forwarded an email to counsel for Plaintiff indicating that the undersigned had not yet received those responses and requesting that they be forwarded by November 10, 2006.

4.   On October 27, 2006, a second letter was forwarded to counsel for Plaintiff that reiterated the email of October 25, 2006.   Exhibit 2 attached hereto.

5.   To date, counsel for Plaintiff has not responded to any form of communication and further has not provided the undersigned with the requested discovery responses.

6.   In order to properly defend Third Party Defendant CCHPS, the undersigned needs Plaintiff's responses to the pending discovery requests.  At this time, the undersigned has no idea the specific theories of liability that may involve the Center for Correctional Health & Policy Studies, Inc., a Third Party Defendant, nor does this Third Party Defendant have an understanding as to the nature and extent of the injuries Plaintiff claims to be a proximate result of the alleged liability.

WHEREFORE for the foregoing reasons, Third Party Defendant, CCHPS, respectfully requests that this Honorable Court issue an Order requiring Plaintiff to forward fully completed discovery responses to the undersigned within 10 days of the date of the Court's Order.

Respectfully submitted,

BRAULT GRAHAM, P.L.L.C.

    /s/ Leo A. Roth, Jr.
LEO A. ROTH, JR.   #11604
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

**CERTIFICATION**

I HEREBY CERTIFY that the undersigned has attempted in good faith to resolve the above referenced discovery issues.

/s/ Leo A. Roth, Jr.
LEO A. ROTH, JR.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November 2006, the foregoing **Motion of Third Party Defendant, the Center for Correctional Health & Policy Studies, Inc., to Compel Plaintiff to Provide Answers to Interrogatories,** was mailed, via first class mail to:

E. Louise R. Phillips, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben'Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America, Inc.

/s/     Leo A. Roth
LEO A. ROTH, JR.