LAW OFFICES
**BRAULT GRAHAM, LLC**
110 SOUTH WASHINGTON STREET
ROCKVILLE, MD 20850

_____

TELEPHONE (301) 424-1060
FAX (301) 424-0405

_____

LEO A. ROTH, JR.
lroth@braultgraham.com

August 16, 2006

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC 20036

***RE:  Anthony Hines v. Correctional Corporation of America, et al.***

Dear Mr. Acree:

    I represent the Center for Correctional Health & Policy Studies, Inc., which is a Third Party Defendant in the above case. My office forwarded discovery requests to you on June 13, 2006. To date we have not received your responses, which are quite overdue.

    I would appreciate your providing me with those responses within the near future.

                                             Sincerely,

                                             Leo A. Roth, Jr.

LAR/db

cc:    All Counsel