<div align="center">
LAW OFFICES
**BRAULT GRAHAM, LLC**
110 SOUTH WASHINGTON STREET
ROCKVILLE, MD 20850

———

TELEPHONE (301) 424-1060
FAX (301) 424-0405
———————
</div>

LEO A. ROTH, JR.
lroth@braultgraham.com

<div align="center">October 27, 2006</div>

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC 20036

*RE:  **Anthony Hines v. Correctional Corporation of America, et al.***

Dear Mr. Acree:

    I am writing to you once again regarding the discovery requests forwarded to you on behalf of my client, the Center for Correctional Health & Policy Studies, Inc., on June 13, 2006. To date we have not received your responses, which are quite overdue.

    I would appreciate your providing me with those responses no later than November 10, 2006.

<div style="margin-left: 50%;">
Sincerely,

*Leo A. Roth* (signature)

Leo A. Roth, Jr.
</div>

LAR/db