UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES                    )
                                 )
          Plaintiff,             )
                                 )    No. 05-2187 (RBW)
v.                               )

CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

_____

## **ORDER**

UPON CONSIDERATION of the Motion of Third Party Defendant, Center for

Correctional Health & Policy Studies, Inc. to Compel Plaintiff to Provide Answers to

Interrogatories, any opposition, and the record, it is this _____ day of

_____, 2006, hereby

ORDERED that the Motion of Third Party Defendant, Center for Correctional Health &

Policy Studies, Inc., is GRANTED, and

FURTHER ORDERED that Plaintiff is to provide full and complete answers to the

discovery propounded by Third Party Defendant to him within 10 days of the date of this Order.

_____
Judge Reggie B. Walton, U.S. District Court for the District of Columbia

E. Louise R. Phillips, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben'Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America, Inc.

_____/s/_____ Leo A. Roth_____
LEO A. ROTH, JR.