# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY HINES | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. 05cv02187 (RBW) |
| CORRECTION CORPORATION OF AMERICA, et al | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S RESPONSE TO DEFENDANT THE CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.'S MOTION TO COMPEL

Plaintiff, ANTHONY HINES, by and through co-counsel, Kevin L. Chapple, Esq. respectfully requests that this Honorable Court deny Defendant the Center for Correctional Health & Policy Studies, Inc.'s (CCHPS) motion to compel, and states the following:

1. On or about September 29, 2006, the undersigned counsel entered his appearance as co-counsel representing Plaintiff Anthony Hines in this matter.

2. Prior to the undersigned counsel entering his appearance, Plaintiff was represented solely by Rudolph Acree, a solo practitioner.

3. Since August 2006, Mr. Acree has been completely consumed with two mutli-defendant criminal trials. Mr. Acree represented a defendant in US v. Franklin Thompson, a two defendant murder trial in DC Superior Court, which ended in September 2006. Currently, Mr. Acree is representing a defendant in US v. Michael Huggins, a four defendant drug conspiracy trial in US District Court for the District of

Columbia, which commenced in September 2006 and is scheduled to end in January 2007.

4. For the above reasons, Mr. Acree has not been as attentive to the matters in this litigation as he should have been. The undersigned counsel first became aware of the discovery issues in this matter when CCHPS filed its motion to compel.

5. The undersigned counsel contacted CCHPS's counsel to obtain CCHPS's discovery requests and to attempt to resolve the discovery dispute without involving this Court. The undersigned counsel was informed that CCHPS's counsel, Leo Roth, was out of the office recuperating from surgery and would not return until sometime next week.

WHEREFORE, we request that this Court deny Defendant CCHPS's motion and allow the undersigned counsel to obtain CCHPS's discovery requests and to respond to them in due course.

Respectfully submitted,

_____/s/_____
Kevin L. Chapple, Esq. #452761
1211 Connecticut Avenue, NW
Suite 506
Washington, DC  20036
(202) 331-0793
(202) 331-7004 (facsimile)
Counsel for the Plaintiff