UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES            )
                         )
    Plaintiff,           )
                         )  No. 05-2187 (RBW)
v.                       )

CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

**MOTION OF THIRD PARTY DEFENDANT, CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC., FOR AN EXTENSION OF TIME IN <u>WHICH TO FILE ITS EXPERT DISCLOSURE STATEMENT</u>**

    COMES NOW Third Party Defendant, Center for Correctional Health & Policy Studies, Inc. "CCHPS", by and through counsel of record, Leo A. Roth, Jr., Esquire and Brault Graham, P.L.L.C., and pursuant to the Rules of Civil Procedure for this Court, respectfully requests that CCHPS be granted an extension of time to file its Expert Disclosure Statement. In support of this Motion, Third Party Defendant states as follows.

    Presently, CCHPS does not know what, if any, factual allegations Plaintiff contends supports a theory that he was injured as a result of medical treatment that would have been provided to him by CCHPS personnel while he was incarcerated in the DC Detention Facility.

Interrogatories requesting that Plaintiff set forth any such factual basis for any allegations that a standard of care was breached and what if any injuries resulted from any alleged breach, were forwarded to Plaintiff on June 13, 2006. In addition, Plaintiff was asked if he alleges that he received any permanent injuries that he contends resulted from any alleged negligent medical care. To date, Third Party Defendant CCHPS, has not received responses to its discovery requests forwarded to Plaintiff. . Further, Plaintiff has not filed a Rule 26(a)(2) Disclosure Statement. Pending before this Court is CCHPS' Motion to Compel Plaintiff to respond to the Interrogatories, which was filed on November 20, 2006.

This Third Party Defendant's Expert Designation is due December 15, 2006. At this time, CCHPS is without sufficient information to have an expert review the medical chart in order to provide an opinion regarding its care of Plaintiff, because CCHPS does not know whether or not Plaintiff alleges that a standard of care was violated, that any injuries resulted there from, and if any injuries are alleged to be permanent. Without knowing the specific theories of negligence alleged against it, if any, CCHPS can not retain an expert to provide rebuttal opinions to refute any such allegations. Until Plaintiff provides responses to the requested discovery forwarded to him by the undersigned on June 13, 2006, CCHPS can not file a proper expert disclosure statement.

WHEREFORE, Third Party Defendant CCHPS, respectfully requests that this Honorable Court grant it leave to file its Expert Disclosure Statement within forty-five (45) days following the receipt of Plaintiff's responses to its discovery requests of June 13, 2006.

                                      Respectfully submitted,

                                      BRAULT GRAHAM, P.L.L.C.

/s/ Leo A. Roth, Jr.
LEO A. ROTH, JR.   #11604
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December 2006, the foregoing **Motion of Third Party Defendant, the Center for Correctional Health & Policy Studies, Inc., to Extend Time to File Its Expert Disclosure Statement,** was electronically filed and forwarded to counsel by the US District Court in the usual manner to:

E. Louise R. Phillips, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
Kevin Chappel, Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben'Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America, Inc.

/s/   Leo A. Roth
LEO A. ROTH, JR.