UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY HINES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-2187 |
| | : | (RBW)(DAR) |
| v. | : | Discovery Closes 1/19/07 |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO COMPEL
PLAINTIFF TO PROVIDE DISCOVERY RESPONSES AND
TO EXTEND TIME TO NAME EXPERTS**

The Defendant District of Columbia, through counsel and pursuant to Fed. R. Civ. P. 37, moves this court for an Order compelling plaintiff to respond to the District's discovery requests by the mutually agreed upon date of January 10, 2007. Additionally, the District moves pursuant to Rule 6 for an extension of time to name experts. Plaintiff's counsel, Mr. Chapple, Esquire, has consented to the relief requested in this motion. In support of this motion, this defendant states:

1.  The District mailed discovery requests to plaintiff on August 11, 2006.

2.  On November 20, 2006, defense counsel forwarded a letter to plaintiff's counsel, Mr. Acree and Mr. McDaniel, requesting that counsel provide those discovery responses to the District.

3.  To date, no discovery responses have been received.

4.  On December 14, 2006, defense counsel sent emails to plaintiff's counsel, Mr. Acree and Mr. Chapple, requesting consent for the relief requested in this motion.

5. In order to properly defend the District, defense counsel needs Plaintiff's responses to discovery requests.

6. Additionally, Plaintiff has failed to file a Rule 26(a)(2) statement naming experts and elucidating plaintiff's liability and damage claims in an expert report.

7. In order to name experts, the District needs to review Plaintiff's discovery responses and Plaintiff's expert witness statement and reports. Without this information, the District cannot retain an expert in this matter to provide rebuttal expert opinions.

8. Fed. R. Civ. P. 6(b) provides that, "…the court for cause shown may at any time in its discretion (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was a result of excusable neglect…."

9. Fed. R. Civ. P. 37 provides " if a party fails to answer an interrogatory submitted under … Rule 33, … the discovering party may move for an order compelling an answer ….

10. Discovery closes January 19, 2007.

11. On December 15, 2006 and again on December 21, 2006, defense counsel spoke with plaintiff's counsel, Mr. Chapple, about the discovery issues presented in this motion, plaintiff agreed to the relief requested in this motion. Plaintiff's agreed to respond to the District discovery requests on or before January 10, 2007. Additionally, plaintiff consented to the District's request to file its expert witness statement within forty-five days of receiving plaintiff's responses to the District's discovery requests.

WHEREFORE, the District respectfully requests an Order compelling Plaintiff to forward fully completed discovery responses to the undersigned by January 10, 2007.

Further, the District respectfully requests that this Honorable Court grant it leave to file its Expert Witness Statement within forty-five days following the receipt of Plaintiff's discovery responses and Expert Witness Statement.

                                              Respectfully submitted,

                                              EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
General Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief, General Litigation,
Section II

_____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6519 (direct)
(202) 724-6669 (main)
(email) louise.phillips@dc.gov

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY HINES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-2187 |
| | : | (RBW)(DAR) |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO COMPEL PLAINTIFF TO PROVIDE DISCOVERY RESPONSES AND TO EXTEND TIME TO NAME EXPERTS

1. Federal Rules of Civil Procedure 6(b) and 37.

2. Consent of Plaintiff

3. Judicial and litigation economy.

4. The inherent powers of this court.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
General Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief, General Litigation,
Section II

4

_____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6519 (direct)
(202) 724-6669 (main)
(email) louise.phillips@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY HINES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-2187 |
| | : | (RBW)(DAR) |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon review of the District's consent motion to compel discovery responses and motion to extend time to name experts, the memorandum of points and authorities, any opposition from plaintiff, and the entire record herein, it is this _____ day of _____, 200__,

ORDERED: That the motion be granted, and

FURTHER ORDERED: That the Plaintiff provide full and complete responses to the discovery propounded by the District by January 10, 2007.

FURTHER ORDERED: That the District may have leave to file its expert witness statement forty-five days after plaintiff responds to its discovery and names his experts.

_____
Reggie B. Walton, Judge
United States District Court