UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ANTHONY HINES ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05-2187 (RBW) |
| v. ) | |
| | |
| CORRECTIONS CORPORATION OF AMERICA | |
| | |
| and | |
| | |
| DISTRICT OF COLUMBIA, Defendant and Third Party Plaintiff | |
| | |
| v. | |
| | |
| CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. Third Party Defendant. | |

**MOTION FOR SUMMARY JUDGMENT OF THIRD PARTY DEFENDANT, THE CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.**

COMES NOW, Third Party Defendant, The Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), through counsel, Leo A. Roth, Jr, Esquire and Brault Graham, P.L.L.C., and pursuant to Fed. R. Civ. P. 56, requests that this Honorable Court issue an Order granting it Summary Judgment and dismissing all claims against it, with prejudice. In support of this Motion, Third Party Defendant, files the following Statement of Material Facts for which it Contends There is No Genuine Dispute, as well the attached Memorandum of Points and Authorities.

                                        Respectfully submitted,

                                        BRAULT GRAHAM, P.L.L.C.

/s/ Leo A. Roth, Jr.
LEO A. ROTH, JR.   #11604
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January 2007, the foregoing **Motion of Third Party Defendant, the Center for Correctional Health & Policy Studies, Inc., for Summary Judgment,** was mailed, via first class mail to:

Shana Lyn Frost, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben'Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America, Inc.

/s/   Leo A. Roth
LEO A. ROTH, JR.