# EXCERPTS FROM HINES DEPOSITION

## September 1, 2006

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3   ------------------------------x
 4   ANTHONY HINES,                  :
 5        Plaintiff,                 :
 6        -vs-                       :   Civil Action
 7   CORRECTIONS CORPORATION OF      :   No. 1:05-CV-218
 8   AMERICA, et al.,                :
 9        Defendants.                :
10   ------------------------------x
11
12
13              Deposition of Anthony Hines
14                   Washington, D.C.
15              Friday, September 1, 2006
16                      10:44 a.m.
17
18   Job No.: 1-84249
19   Pages 1 - 98
20   Reported by: Tammy S. Newton
21
22
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ANTHONY HINES
CONDUCTED ON FRIDAY, SEPTEMBER 1, 2006

31

1    Q    What medication?
2    A    Inderal.
3    Q    Where are you getting the prescriptions for
4  the Inderal?
5    A    Emergency room.
6    Q    When is the last time you went to the
7  emergency room?
8    A    Well, actually, I got one from the
9  emergency room, and then I got one from the -- the
10 community center, something like -- people that don't
11 have insurance or whatever.  So I have gotten it,
12 like, both places.
13   Q    Let's talk about your emergency room visit.
14 Do you recall what hospital you went to?
15   A    Wilson Medical Center.
16   Q    In Wilson, North Carolina?
17   A    Yes.
18   Q    And the community center, where is that
19 located?
20   A    That's located -- that's located in Wilson
21 off of Green Street.
22   Q    How many times have you been to the

DEPOSITION OF ANTHONY HINES
CONDUCTED ON FRIDAY, SEPTEMBER 1, 2006

32

```
 1   community center?
 2        A     Maybe two, three times.
 3        Q     Two to three times since May of 2003; is
 4   that accurate?
 5        A     Possibly.
 6        Q     And the emergency room in Wilson also --
 7   just one time?
 8        A     I don't know how many times I've been in
 9   there.
10        Q     Do you recall more than one time?
11        A     I recall more than one time.
12        Q     Do you recall more than three times?
13        A     Possibly.
14        Q     More than five times?
15        A     Specifically for blood pressure?
16        Q     Yes.
17        A     No.
18        Q     How many times do you recall going to the
19   emergency room for your blood pressure?
20        A     I don't know for sure.
21        Q     What types of things were you going to the
22   emergency room for, other than your blood pressure?
```

34

1 May 2003 and the present time?

2     A    Right.

3     Q    Do you recall any other reasons that you

4 went to the emergency room during that same time

5 period?

6     A    I don't recall.

7     Q    I brought some releases today that I'll ask

8 you to go over with your attorney and sign so that

9 we -- we can request some of those records.

10     A    Okay.

11     Q    Are you taking your blood pressure

12 medication also on a daily basis?

13     A    I try, when I have the money.

14     Q    So sometimes are you not able to get the

15 medications?

16     A    If I'm low on cash, it may be a day or so.

17 It may be a couple days, several days, if I don't have

18 the money.

19     Q    How old were you when you were incarcerated

20 in 2002?

21     A    I went in at 39.

22     Q    Between the ages of 28 and 39, did you have

35

1  lapses in your blood pressure medication?
2      A    Are you asking me did I take it, like,
3  every single day?
4      Q    Yes.
5      A    I mean, I tried. But it was just based
6  upon the circumstances. I mean, you know, if I -- you
7  know, I know -- I know -- I know it's of importance.
8  But I mean, it's just based on your circumstances. If
9  you got the money, I could go get my blood pressure
10 pills. If I don't have the money, I can't -- I can't
11 get my pills.
12          Did I answer your question?
13     Q    Yes, you did. Thank you.
14          Between the ages of 28 and 39, was there
15 ever a period of time in which you weren't able to
16 take your blood pressure medication for a week?
17     A    I don't recall.
18     Q    Was there ever a time when you weren't able
19 to take your blood pressure medication for two weeks?
20     A    I wouldn't say that long.
21     Q    Was there ever a time when you weren't able
22 to take your medication for three weeks?

41

1  jail?
2      A   No.
3      Q   And were you treating with a doctor while
4  you were at the D.C. jail for your high blood
5  pressure?
6      A   High blood pressure and depression.
7      Q   How often, if you can recall, did you see
8  the doctor at the D.C. jail for your high blood
9  pressure?
10     A   I don't recall.
11     Q   Do you recall seeing him once a month?
12     A   It might have been twice a month. I
13 believe it was more than maybe one time.
14     Q   When you were at the D.C. jail, what type
15 of high blood pressure medication were you taking?
16     A   I'm almost certain it wasn't Inderal.
17     Q   It was not?
18     A   I'm almost certain it was something -- it
19 was something else.
20     Q   Do you recall the name?
21     A   It was a long one, but no.
22     Q   When you came over to CTF, did you bring

42

1   any of those medications with you?
2       A    I do -- I recall being given a pack of
3   pills for my blood pressure. Exactly how many was in
4   there at that point in time, I don't know for sure.
5   But I did have a supply -- a small supply of blood
6   pressure pills in a little plastic pack.
7       Q    Did you have to give that to medical folks
8   at CTF?
9       A    No.
10      Q    You were able to keep those pills with you?
11      A    Yes, which was very surprising.
12      Q    Do you know how many pills you took before
13  you needed to get a new prescription?
14      A    No.
15      Q    How long was it before you saw a doctor at
16  CTF, or a nurse?
17      A    At CTF?
18      Q    Yes.
19      A    It wasn't too long. I don't know for sure.
20  But it wasn't that long. I mean, I don't know -- I
21  don't know for sure.
22      Q    When you saw the doctor or the nurse, what

DEPOSITION OF ANTHONY HINES
CONDUCTED ON FRIDAY, SEPTEMBER 1, 2006

48

1   know for sure. I just know that I did possibly fill
2   out between seven and eight requests.
3       Q   Did you turn in your first request prior to
4   finishing the medication you had in your pill pack
5   that came with you from the D.C. jail?
6       A   Did I turn it in prior?
7       Q   Yes.
8       A   Possibly. I don't know for sure.
9       Q   While you were at CTF, did you ever receive
10  any high blood pressure medication, other than what
11  you came over from the D.C. jail with?
12      A   No, ma'am.
13      Q   So the officials at CTF never gave you any
14  high blood pressure medication?
15      A   Not that I recall. If they came out of
16  that pack, that was it.
17      Q   And so that I can make sure I'm clear, you
18  don't remember how many pills you were able to take
19  from that pack?
20      A   I don't know for sure. I just knew that it
21  was more than 10, 15 pills. I couldn't tell. I
22  couldn't tell that.