UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ANTHONY HINES )<br>)<br>Plaintiff, )<br>) No. 05-2187 (RBW)<br>v. )<br><br>CORRECTIONS CORPORATION OF<br>AMERICA<br><br>and<br><br>DISTRICT OF COLUMBIA, Defendant and<br>Third Party Plaintiff<br><br>v.<br><br>CENTER FOR CORRECTIONAL<br>HEALTH AND POLICY STUDIES, INC.<br>Third Party Defendant. | |

## **ORDER**

UPON CONSIDERATION of the Motion for Summary Judgment of Third Party Defendant, Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), including the attached Statement of Material Facts for which Third Party Defendant contends there is no genuine dispute, and the attached Memorandum of Points and Authorities and exhibits, any opposition, and the record, it is this ____ day of _____, 2007, hereby

ORDERED that the Motion for Summary Judgment of Third Party Defendant, Center for Correctional Health & Policy Studies, Inc., is hereby GRANTED, and

FURTHER ORDERED, that Judgment is entered in favor of Third Party Defendant, Center for Correctional Health & Policy Studies, Inc.

_____
Judge Reggie B. Walton, United States District Court for the District of Columbia

Copies to:

Leo A. Roth, Jr., Esquire
Brault Graham, P.L.L.C.
110 South Washington Street
Rockville, MD  20850
Counsel for Third Party Defendant, CCHPS

Shana Lyn Frost, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Megan Starace Ben'Ary, Esquire
LeClair & Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America, Inc.