UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTHONY HINES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05cv2187 (RBW) |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | : |
| Defendants. | : |

## ENTRY AND WITHDRAWAL OF APPEARANCE

Please enter the appearance of Paul J. Maloney, Esq., Mariana D. Bravo, Esq. and Colleen E. Durbin, Esq. on behalf of defendant Corrections Corporation of America in the above entitled matter.

Please withdraw the appearance of Kelvin L. Newsome, Esq. and Megan Starace Ben'Ary, Esq. on behalf of defendant Corrections Corporation of America in the above entitled matter.

entry of appearance

|  |  Respectfully submitted, |
|---|---|
| LeCLAIR RYAN | CARR MALONEY P.C. |
| *Megan Ben'ary/with permission* C. Durbin<br>Kelvin L. Newsome, Esq. #439206<br>Megan Starace Ben'Ary, Esq. #493415<br>225 Reinekers Lane<br>Suite 700<br>Alexandria, VA 22314<br>(703) 647-5933 (Telephone)<br>(703) 647-5983 (Facsimile) | *Colleen E. Durbin*<br>Paul J. Maloney, Esq. #362533<br>pjm@carrmaloney.com<br>Mariana D. Bravo, Esq. # 473809<br>mdb@carrmaloney.com<br>Colleen E. Durbin, Esq. #500039<br>ced@carrmaloney.com<br>1615 L Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>(202) 310-5592 (Telephone)<br>(202) 310-5555 (Facsimile) |

entry of appearance

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically transmitted on this 23rd day of January to:

>Rudolph Acree, Jr., Equire
>Kevin Chappel, Esquire
>1211 Connecticut Avenue, N.W.
>Suite 506
>Washington, D.C. 20036
>
>E. Louise R. Phillips, Esquire
>Asst. Attorney General
>for the District of Columbia
>441 Fourth Street, N.W.
>6th Floor South
>Washington, D.C. 20001
>
>Jennifer Holson, Esquire
>Jones, Skelton & Hochuli, P.L.C.
>2901 North Central Ave.
>Suite 800
>Phoenix, Arizona 85012
>
>Leo A. Roth, Jr., Esquire
>Brault Graham PLLC
>110 South Washington Street
>Rockville, Maryland 20850

_____
Colleen E. Durbin

entry of appearance