IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Hines,<br><br>           Plaintiff,<br><br>       v.<br><br>Corrections Corporation of America, et. al.,<br><br>           Defendants. | Civil Action No. 05-CV-2187 (RBW) |

### DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S JOINDER IN MOTION FOR SUMMARY JUDGMENT OF THIRD PARTY DEFENDANT, THE CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.

Defendant, Corrections Corporation of America, by and through its attorneys undersigned, hereby joins in the Motion for Summary Judgment of Third Party Defendant Center For Correctional Health & Policy Studies, Inc., filed with the Court on January 17, 2006, as the factual and legal arguments offered by Defendant Center For Correctional Health & Policy Studies, Inc. apply also to Defendant Corrections Corporation of America.

Dated: this 31st day of January, 2007.

By:     /s/Jennifer L. Holsman
Daniel P. Struck (Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Facsimile:  (602) 263-1784

Mariana Bravo (Bar No. 473809)
CARR MALONEY, P.C.
1615 L Street, Suite 500
Washington, D.C. 20036
Telephone:  (202) 310-5500
Facsimile:  (202) 310-5555
Attorneys for Defendant, *Corrections Corporation of America*

1735296.1

- 2 -

ORIGINAL of the foregoing filed electronically
this 31st day of January, 2007.


      /s/Jennifer L. Holsman

1735296.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2007, a true and correct copy of the foregoing Defendant Corrections Corporation of America's Joinder in Motion for Summary Judgment of Third Party Defendant, The Center for Correctional Health & Policy Studies, Inc. was sent by first-class mail, postage pre-paid, to:

    The Hon. Reggie B. Walton
    Judge, United States District Court
    333 Constitution Avenue, N.W.
    Washington, D.C. 20001

    Rudolph Acree, Jr.
    Kevin L. Chapple
    Law Office of Rudolph Acree, Jr.
    1211 Connecticut Avenue, N.W.
    Suite 506
    Washington, D.C. 20036
    *Counsel for Plaintiff*

    Louise Phillips
    Assistant Attorney General
    District of Columbia
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    *Counsel for District of Columbia*

    Leo A. Roth
    Brault Graham, LLC
    101 South Washington Street
    Rockville, Maryland 20850
    *Counsel for The Center for Correctional Health & Policy Studies, Inc.*

                    By: /s/Jennifer L. Holsman