IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Hines,<br><br>        Plaintiff,<br><br>   v.<br><br>Corrections Corporation of America, et. al.,<br><br>        Defendants. | Civil Action No. 1:05-cv-2187 RWB-DAR |

**MOTION OF DEFENDANT, CORRECTIONS CORPORATION OF AMERICA, TO EXCUSE CORPORATE REPRESENTATIVE FROM ATTENDING SETTLEMENT CONFERENCE**

Defendant, Corrections Corporation of America ("CCA"), through counsel, respectfully requests that this Court excuse the attendance of a corporate representative from appearing at the Settlement Conference in this matter currently scheduled for February 13, 2007. Defendant's Motion is supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant, Corrections Corporation of America ("CCA"), through counsel, and with the consent of the parties hereto, respectfully moves this Court for an Order excusing the requirement that a corporate representative of CCA attend the Settlement Conference currently scheduled for February 13, 2007, 2006 at 9:30 a.m.  In support hereof, Defendant states as follows:

       1.      This lawsuit arises from injuries allegedly received by Plaintiff while incarcerated at the Correctional Treatment Facility ("CTF"), a contract facility operated by CCA.

       2.      Plaintiff asserts that CCA and the District of Columbia were negligent after failing to provide him with his daily blood pressure medication which caused him to

1736399.1

become light-headed while showering. Plaintiff subsequent suffered injuries after falling in the shower.

       3.      CCA seeks an Order excusing the requirement that a corporate representative attend the Settlement Conference scheduled for February 13, 2007, on the grounds that CCA is headquartered in Nashville, Tennessee, such that a corporate representative would be required to travel a significant distance to attend the settlement conference.

       4.      Counsel for CCA will be present at the mediation with full settlement authority and CCA's corporate representative will be available telephonically.

WHEREFORE, Defendant CCA requests that this Court enter an Order excusing the requirement that a corporate representative of CCA attend the Settlement Conference currently scheduled for February 13, 2007 at 9:30 a.m., together with such other further and additional relief as this Court deems just and proper.

Dated: this 8th day of February, 2007.

By: /s/Jennifer L. Holsman
Daniel P. Struck (D.C. Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Facsimile: (602) 263-1784

CARR MALONEY, P.C.
Paul Maloney, Bar 632533
Colleen Durbin, Bar # 500039
1615 L Street, Suite 500
Washington, D.C. 20036
(Telephone: (202) 310-5500
Facsimile: (202) 310-5555
Attorneys for Defendant, *Corrections Corporation of America*

Electronically filed this 8th day of February, 2007.

By    /s/Peggy Sue Trakes

1736399.1