IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony Hines,

        Plaintiff,

v.

Corrections Corporation of America, et. al.,

        Defendants.

Civil Action No. 1:05-cv-2187 RWB-DAR

### **ORDER**

Upon consideration of the foregoing Motion of Defendant Corrections Corporation of America ("CCA") to Excuse Corporate Representative from Attending Settlement Conference, and any opposition to said Motion, as well as the record in this case, it is this ____ day of _____, 2007, ORDERED that said Motion is hereby GRANTED.

                                                The Hon. Reggie B. Walton