UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES                                      )
                                                   )
            Plaintiff,                             )
                                                   )  No. 05-2187 (RBW)
v.                                                 )

CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

_____

**MOTION OF THIRD PARTY DEFENDANT, CENTER FOR CORRECTIONAL
HEALTH & POLICY STUDIES, INC., TO EXCUSE CORPORATE REPRESENTATIVE
FROM ATTENDING SETTLEMENT CONFERENCE**

COMES NOW Third Party Defendant, Center for Correctional Health & Policy Studies,

Inc. ("CCHPS"), by and through counsel of record, Leo A. Roth, Jr., Esquire and Brault Graham,

P.L.L.C., and respectfully requests that this Court grant this Motion to excuse a corporate

representative from attending the Settlement Conference in this matter, currently scheduled for

February 26, 2007.  Third Party Defendant states as follows in support of this Motion:

**MEMORANDUM OF POINTS AND AUTHORITIES**

1.      Plaintiff alleges injuries while incarcerated at the Correctional Treatment Facility,

operated by Defendant, Corrections Corporation of America.

2.      Plaintiff alleges that he was not given blood pressure medication, causing him to become dizzy/light-heading following a shower and falling.

3.      Plaintiff was given medical treatment by employees of the Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), who during the relevant time period was a contract employee of the District of Columbia.

4.      CCHPS is no longer a viable entity; therefore, there is no representative available to appear during the Settlement Conference.  CCHPS was insured for this claim.

5.      The undersigned counsel will have settlement authority from the insurance carrier for this matter at the time of the Settlement Conference.  Additionally, the claims representative would be available by telephone.

6.      No party will be prejudiced by the relief requested herein.


WHEREFORE, for the foregoing reasons, Third Party Defendant CCHPS, respectfully requests that this Court grant this Motion and enter an Order excusing a corporate representative from appearing personally at the time of the Settlement Conference in this matter.


Respectfully submitted,

BRAULT GRAHAM, P.L.L.C.


     /s/ Leo A. Roth, Jr.
LEO A. ROTH, JR.   #11604
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February 2007, the foregoing **Motion of Third Party Defendant, the Center for Correctional Health & Policy Studies, Inc., to Excuse Corporate Representative from Attending Settlement Conference,** was electronically filed and forwarded to counsel by the US District Court in the usual manner to:

Shana Lyn Frost Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
Kevin Chappel, Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Paul J. Maloney, Esquire
Colleen E. Durbin, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036
Counsel for Corrections Corp. of America


                                    /s/      Leo A. Roth
                                    LEO A. ROTH, JR.