UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES )
)
    Plaintiff, )
) No. 05-2187 (RBW)
v. )

CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

**ORDER**

UPON CONSIDERATION of the Motion of Third Party Defendant, Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), to excuse a corporate representative from personally attending the Settlement Conference in this matter, any opposition, and the record, it is this _____ day of _____, 2007, hereby

ORDERED that the Motion of Third Party Defendant, Center for Correctional Health & Policy Studies, Inc., is hereby GRANTED, and

FURTHER ORDERED, that a corporate representative is excused from personally appearing at the Settlement Conference in this matter; and

FURTHER ORDERED, that that the claims representative from the insurance carrier for CCHPS may participate by telephone.

_____
Judge Reggie B. Walton, United States District Court for the District of Columbia

Copies to:

Leo A. Roth, Jr., Esquire
Brault Graham, P.L.L.C.
110 South Washington Street
Rockville, MD  20850
Counsel for Third Party Defendant, CCHPS

Shana Lyn Frost, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Paul J. Maloney, Esquire
Colleen Elizabeth Durbin, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036
Counsel for Corrections Corp. of America