UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY HINES | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05-cv-02187 (RBW) |
| CORRECTIONS CORPORATION OF AMERICA, et al | * | |
| | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Plaintiff, ANTHONY HINES, by and through counsel, Rudolph Acree, Esq. respectfully requests that this Honorable Court extend the deadline to April 15, 2007, for filing an opposition to Defendant Center for Correctional Health & Policy Studies, Inc.'s (CCHPS) motion summary judgment, and states the following:

1. Counsel attempted to file this motion on the evening of January 12, 2007, however Electronic Case Filing did not allow the action.

2. CCHPS, through its counsel, has indicated that it will oppose the instant motion.

3. CCHPS filed a motion for summary judgment on January 17, 2007, and Plaintiff's opposition is due on February 16, 2007.

4. The undersigned counsel is a solo practitioner and the lead counsel in the above-captioned case.

5. Since August 2006, I have been completely consumed with two multi-defendant criminal trials. I represented a defendant in US v. Franklin Thompson et al., a two-defendant murder trial in DC Superior Court, which ended in October 2006.

I also represented a defendant in <u>US v. Michael Huggins et al.</u>, a four defendant drug conspiracy trial in US District Court for the District of Columbia, which commenced in October 2006 and ended in January 2007.

6. As a result of my extensive involvement in the above referenced criminal cases, my calendar is now consumed with addressing matters that were ignored during the protracted criminal trials.

7. The current scheduling order mandates that dispositive motions be filed by April 20, 2007, and an opposition motion is not due until May 18, 2007. Thus, extending the deadline for filing a responsive pleading to April 15, 2007 would not necessitate changing the scheduling order and would not be prejudicial to CCHPS.

WHEREFORE, we request that this Court extend the deadline to April 15, 2007, for filing an opposition to Defendant Center for Correctional Health & Policy Studies, Inc.'s (CCHPS) motion summary judgment.

Respectfully submitted,

_____/s/_____
Rudolph Acree, Esq. #434873
1211 Connecticut Avenue, NW
Suite 506
Washington, DC  20036
(202) 331-1961
(202) 331-7004 (facsimile)
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

**I HEARBY CERTIFY** that a copy of the foregoing was served through electronic case filing to the following on February 13, 2007.

    Collen E. Durbin, Esq.
    Shana Lyn Frost, Esq.
    Jennifer L. Holsman, Esq.
    Leo A. Roth, Esq.
    Daniel P. Struck, Esq.

                                                                               _____/s/_____
                                                                               Rudolph Acree, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY HINES | * |
|     Plaintiff | * |
| v. | *   Civil Action No. 05-cv-02187 (RBW) |
| CORRECTIONS CORPORATION OF AMERICA, et al | * |
| | * |
|     Defendants | * |

\* \* \* \* \* \*    \* \* \* \* \* \* \*

## **ORDER**

This matter is before the Court on the plaintiff Anthony Hines motion to extend time to file responsive pleading and the Court, having considered the motion, the Defendants response thereto and the record in the case it is this __ day of _____2007,

**ORDERED** that the plaintiff's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the deadline is extended to April 15, 2007 in this matter.

**SO ORDERED.**

 

_____
Honorable Judge Walton
United States District Court