UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY HINES | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. 05-cv-02187 (RBW) |
| CORRECTIONS CORPORATION OF AMERICA, et al | * | |
| | * | |
|     Defendants | | |
| | * | |
| *   *   *   *   *   *   *   *   *   *   *   *   * | | |

PLAINTIFF'S MOTION TO CONTINUE
SCHEDULED SETTLEMENT CONFERENCE

Plaintiff, ANTHONY HINES, by and through counsel, Rudolph Acree, Esq. respectfully requests that this Honorable Court to continue the scheduled settlement conference. As basis counsel states that the following:

1. A settlement conference is scheduled for February 26, 2007.

2. The undersigned Counsel will be in trial on February 26, 2007 in a matter before the Circuit Court of Prince George's County. It appeared, until recently that the above reference trail date would be vacated. However, at this time all parties are ready to go forward with the trial. This trial date was scheduled in October of 2006.

        Respectfully submitted,

        _____/s/_____
        Rudolph Acree, Esq. #434873
        1211 Connecticut Avenue, NW
        Suite 506
        Washington, DC  20036
        (202) 331-1961
        (202) 331-7004 (facsimile)
        Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

    **I HEARBY CERTIFY** that a copy of the foregoing was served through electronic case filing to the following on February 20, 2007.

    Collen E. Durbin, Esq.
    Shana Lyn Frost, Esq.
    Jennifer L. Holsman, Esq.
    Leo A. Roth, Esq.
    Daniel P. Struck, Esq.

        _____/s/_____
        Rudolph Acree, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY HINES                           *

    Plaintiff                          *

v.                                      *   Civil Action No. 05-cv-02187 (RBW)

CORRECTIONS CORPORATION OF              *
AMERICA, et al
                                        *
    Defendants
                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Continue Settlement Conference and any opposition thereto, good cause having been shown for the relief requested, it is by this Court on this _____ day of _____, 2007,

**ORDERED** that the plaintiff's motion is **GRANTED** and it is

**FURTHER ORDERED** that the settlement conference be held on_____ 2007.

**SO ORDERED.**

_____
Honorable Judge Walton
United States District Court

3