UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES )
 )
      Plaintiff, )
 ) No. 05-2187 (RBW)
v. )

CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

**RESPONSE OF THIRD PARTY DEFENDANT, CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC., TO PLAINTIFF'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

      COMES NOW Third Party Defendant, Center for Correctional Health & Policy Studies, Inc., by counsel of record, Leo A. Roth, Jr., Esquire and Brault Graham, P.L.L.C., and in response to the Motion of Plaintiff to Continue the Settlement Conference, currently set for February 26, 2007, states as follows:

      No objection is raised by Third Party Defendant to Plaintiff's Motion to Continue the Settlement Conference. In the event that the Court grants the Motion of Plaintiff to reschedule the Settlement Conference in this matter, the undersigned wishes to inform the Court of dates during the month of March and April when he would not be available. Those dates are March 5,

8, 9, 13-16, 19 and 30; April 5, 6, 9-13, 16 and 19.  It is respectfully requested, that should the Settlement Conference be rescheduled, that it not take place on any of these dates.

WHEREFORE, for the foregoing reasons, Third Party Defendant, Center for Correctional Health & Policy Studies, Inc., respectfully requests that should the Court grant the Motion of Plaintiff to continue the settlement conference, currently scheduled for February 26, 2007, that this conference not take place on any of the following dates: March 5,8,9, 13-16, 19 and 30; April 5,6,9-13, 16 and 19.

Respectfully submitted,

BRAULT GRAHAM, P.L.L.C.


          /s/  Leo A. Roth, Jr.
LEO A. ROTH, JR.    #11064
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for Third Party Defendant,
Center for Correctional Health & Policy Studies, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February 2007, the foregoing **Response of Third Party Defendant, the Center for Correctional Health & Policy Studies, Inc., to Plaintiff's Motion to Continue Scheduled Settlement Conference,** was mailed, via first class mail to:

Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Shana Lyn Frost, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Paul J. Maloney, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036
Counsel for Corrections Corp. of America

      /s/ Leo A. Roth, Jr.
LEO A. ROTH, JR.