UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES                           )
                                        )
    Plaintiff,                          )
                                        ) No. 05-2187 (RBW)
v.                                      )

CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

**ORDER**

UPON CONSIDERATION of the Motion of Plaintiff to Continue the Settlement Conference, the Response of Third Party Defendant, Center for Correctional Health & Policy Studies, Inc., any opposition, and the record, it is this _____ day of

_____, 2007, hereby

ORDERED that the Settlement Conference will not be held on any of the following dates: March 5, 8, 9, 13-16, 19 and 30; April 5, 6, 9-13, 16 and 19.

_____
Judge Reggie B. Walton, U.S. District Court for the District of Columbia

Copies to:

Leo A. Roth, Jr., Esquire
Brault Graham, P.L.L.C.
110 South Washington Street
Rockville, MD  20850
Counsel for Third Party Defendant,
Center for Correctional Health & Policy Studies, Inc.


Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC  20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Counsel for Corrections Corp. of America, Inc.

Shana Lyn Frost, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Paul J. Maloney, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036
Counsel for Corrections Corp. of America