**The George Washington University Hospital**
WASHINGTON DC
901 23RD STREET N.W. WASHINGTON, DC 20037-2377

MED REC. NO. 3315462

| Field | Value |
|---|---|
| PT NO | 107401937 |
| PATIENT NAME | HINES, ANTHONY |
| COUNTY | 28 |
| ADDRESS | 1310 SOUTHERN AVE SE |
| | GSE-DOC, MR MANN |
| CITY | WASHINGTON |
| STATE | DC |
| ZIP | 20032- |
| PHONE | 202-574-6175 |
| SOCIAL SECURITY NO | 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 |
| AGE | 40 |
| DOB | 05/01/1963 |
| SEX | M |
| RACE | 2 |
| MS | S |
| ADM DATE | 04/29/03 |
| TIME | 14:28 |
| SER | EO |
| PT TYPE | T |
| PR | X |
| ACCIDENT INFO | 04/29/03 00:00 |
| OCCUPATION | UNEMPLOYED |
| PT EMPLOYER | UNEMPLOYED |

GUARANTOR NAME: HINES, ANTHONY
ADDRESS: 1310 SOUTHERN AVE SE
CITY: WASHINGTON   STATE: DC   ZIP: 20032-
SSN: 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   PHONE: 202-574-6175
OCCUPATION: UNEMPLOYED
GUARANTOR EMPLOYER: UNEMPLOYED

INSURANCE NAME: PRIVATE PAY   CODE: 910
SUBSCRIBER: HINES, ANT

ATTENDING PHYSICIAN: HAYWOOD YOLANDA CHARLENE   093559
ADM BY: ROBIND
ADM DIAGNOSIS: S/P FALL, BACK & NECK INJ
ADMITTING PHYSICIAN: HAYWOOD YOLANDA CHARLENE   093559
MODE OF ARRIVAL: EMS DC FIRE
MISCELLANEOUS PHYSICIA 999995   Div:

**FINAL DIAGNOSES** (FIRST DIAGNOSIS PRINCIPAL UNLESS NOTED)

CODE

**PROCEDURES**

**CONSULTING PHYSICIANS**

DRG
LOS

TRANS TO: ACUTE / SNF / REHAB / HOSPICE / HOME HEALTH / HOME IV / AGAINST MED ADV / HOME
DISCHARGE DATE   TIME   OTHER
EXPIRED   TIME   <48HRS   >48HRS   CORONER   AUTOPSY YES / NO

ATTENDING PHYSICIAN SIGNATURE & DATE

CHART COPY - DO NOT REMOVE FROM CHART

CCA-HINES 0452