# District of Columbia Fire and EMS Department

**Patient:** HINES, ANTHONY
**Street Address:** 935 N Vick St
**City/State:** Wilson, NC

**Medical History:** (none noted clearly)

**Chief Complaint:** Fall

**Narrative:** Pt found lying supine on the grocery floor. c/o upper and lower back pain. Pt. c/o jaw and L shoulder. Black dilat and acon to the wait. Pt. cannot recall a name. Pt stable and transported without incident to H[ospital].

**Patient label:**
107401937
HINES, ANTHONY
DOB: 01/01/1963   40   SX: M
MRN: 3315462   ADM/REG DT: 04/29/03

## Vitals / Flowchart

| Time | | | |
|---|---|---|---|
| Position | | | |
| B/P | 90/16 | | 75/4 |
| Pulse Rate | 108 | | 100 |
| Resp. Rate | 28 | | 20 |
| Pulse Ox. | 99% RA | | 97% on RA |

**GCS:** Eye 4/4, Verbal 5/5, Motor 6/6 — Total 15/15

Skin: Normal, Cool
Pupils: Normal

**Crew Member 1:** (illegible) 123
**Crew Member 2:** (illegible) 165

495615

CCA-HINES 0454