# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Hines,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Corrections Corporation of America, et. al.,<br><br>　　　　　　Defendants. | Civil Action No. 05-CV-2187 (RBW) |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Timothy J. Bojanowski, Esq. (D.C. Bar No. OH0014) hereby enters his appearance as counsel for Defendants, Corrections Corporation of America, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Timothy J. Bojanowski, Esq. is as follows:

>   Timothy J. Bojanowski, Esq.
>   Jones, Skelton & Hochuli, P.L.C.
>   2901 North Central Avenue, Suite 800
>   Phoenix, Arizona 85012
>   Telephone No.: (602) 263-7324
>   Facsimile No.:  (602) 651-7837
>   E-Mail: tbojanowski@jshfirm.com

Dated: this 19th day of March 2007.

　　　　　　By: s/Timothy J. Bojanowski
　　　　　　　　Daniel P. Struck (D.C. Bar No. CO0037)
　　　　　　　　Jennifer L. Holsman (D.C. Bar No. 495296)
　　　　　　　　Timothy J. Bojanowski (D.C. Bar No. OH0014)
　　　　　　　　JONES, SKELTON & HOCHULI, P.L.C.
　　　　　　　　2901 North Central Avenue, Suite 800
　　　　　　　　Phoenix, Arizona  85012
　　　　　　　　Telephone:  (602) 263-1700
　　　　　　　　Facsimile:  (602) 263-1784

1756292.1

Mariana Bravo, (D.C. Bar No. 473809)
CARR MALONEY, PC
1615 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 315-5500
Facsimile: (202) 310-5555
*Attorneys for Defendant Corrections Corporation of America*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants

Rudolph Acree, Jr.
**LAW OFFICE OF RUDOLPH ACREE, JR.**
1211 Connecticut Avenue, N.W., Suite 506
Washington, D.C. 20036
*Counsel for Plaintiff*

Louise Phillips
Assistant Attorney General
District of Columbia
441 Fourth Street, N.W.
Washington, D.C. 20001
*Counsel for District of Columbia*

Leo A. Roth, Jr.
110 S. Washington Street
Rockville, MD 20850
*Counsel for Correctional Health & Policy Studies, Inc.*

        s/Dianne Clark

1756292.1