UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ANTHONY HINES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 05-2187 (RBW) |
| v. | ) |
| | |
| CORRECTIONS CORPORATION OF AMERICA | |
| | |
| and | |
| | |
| DISTRICT OF COLUMBIA, Defendant and Third Party Plaintiff | |
| | |
| v. | |
| | |
| CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. Third Party Defendant. | |

## NOTICE OF SETTLEMENT

Third Party Defendant, Center for Correctional Health & Policy Studies, Inc., through counsel of record, hereby notifies this Court, that all parties have reached a settlement in this matter. The parties will be filing a Stipulation to Dismiss with Prejudice in the near future.

Respectfully submitted,

BRAULT GRAHAM, P.L.L.C.

/s/ Leo A. Roth, Jr.
LEO A. ROTH, JR.   #11064
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Attorneys for Third Party Defendant,
Center for Correctional Health & Policy Studies, Inc.

1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 27th day of March 2007, the foregoing Notice of Settlement was mailed, via first class mail, postage prepaid to:


Rudolph Acree, Jr., Esquire
1211 Connecticut Ave., NW, Suite 506
Washington, DC 20036
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
Counsel for Corrections Corp. of America, Inc.

Shana Lyn Frost, Esquire
Asst. Attorney General for the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001
Counsel for District of Columbia

Paul J. Maloney, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036
Counsel for Corrections Corp. of America


             /s/ Leo A. Roth, Jr.
            LEO A. ROTH, JR.