UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY HINES                         )
                                      )
         Plaintiff,                   )
                                      )
v.                                    )  No. 05-2187 (RBW)
                                      )
CORRECTIONS CORPORATION OF
AMERICA

and

DISTRICT OF COLUMBIA, Defendant and
Third Party Plaintiff

v.

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.
Third Party Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Clerk will please note that Plaintiff hereby dismisses all claims against Corrections Corporation of America ("CCA") and the District of Columbia. Further, the Clerk will note that the District of Columbia, as Third Party Plaintiff, hereby dismisses all claims against Third Party Defendant, Center for Correctional Health & Policy Studies, Inc. All claims against all parties are to be dismissed with prejudice. Each side to pay their own costs.

_____           _____
Rudolph Acree, Jr., Esquire         Leo A. Roth, Jr., Esquire
Kevin L. Chapple, Esquire           Brault Graham, P.L.L.C.
1211 Connecticut Avenue, N.W., Suite 506   110 South Washington Street
Washington, DC 20036                Rockville, MD 20850
Counsel for Plaintiff               Counsel for Third Party Defendant

1

_____            _____
Daniel P. Struck, Esquire            Shana Lyn Frost, Esquire
Jones, Skelton & Honchuli            Asst. Attorney General for the District of Columbia
2901 North Central Avenue, Suite 800 441 Fourth Street, N.W., 6th Floor South
Phoenix, AZ 85012                    Washington, DC 20001
Counsel for Corrections Corp. of America   Counsel for District of Columbia